UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CFCU COMMUNITY CREDIT UNION,

    Appellant,

    -against-                            Dist. Ct. Case No. 6:07-CV-27 (LEK)

WALTER E. JONES, BARBARA J. JONES,
and MARK W. SWIMELAR, Chapter 13 Trustee,

    Appellees.

In re:

WALTER E. JONES and                  Chapter 13
BARBARA J. JONES,                   Bankr. Case No. 06-62262-6-sdg

    Debtors.

**DECISION AND ORDER**

    This Court has received a Mandate from the Court of Appeals for the Second Circuit in the above captioned matter. Dkt. No. 18. Therein, the Second Circuit reviewed the Court's September 4, 2007 Memorandum-Decision and Order (Dkt. No. 11) which affirmed the December 1, 2006 Order of the Bankruptcy Court and dismissed Appellant's appeal. By the Mandate, issued December 23, 2008, the Second Circuit vacated the Judgment of this Court and ordered this Court to dismiss Appellant's appeal as moot.

    Accordingly, it is hereby

    **ORDERED**, that CFCU Community Credit Union's appeal from the December 1, 2006

Order of the Bankruptcy Court is **DISMISSED as moot**; and it is further

>   **ORDERED**, that the Clerk of the Court shall serve a copies of this Order on all parties.

>   **IT IS SO ORDERED.**


DATED: January 05, 2009
       Albany, New York

                                                Lawrence E. Kahn
                                                U.S. District Judge